

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-20-00084-CR

**IN RE** James **STRIBLIN**

Original Mandamus Proceeding[1]

**ORDER**

On February 10, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 26, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR4270, styled *The State of Texas v. James Striblin*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.